**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant,
AMERICAN SHIP MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROME A. DUFFY,<br>Plaintiff,<br>v.<br>AMERICAN SHIP MANAGEMENT, LLC,<br>Defendants. | Case No.: C04-2302-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRE TRIAL SCHEDULING**<br><br>**Trial Date: October 23, 2006**<br>**Pre Trial Conference: Sept. 28, 2006** |

The parties, JEROME DUFFY and AMERICAN SHIP MANAGEMENT, LLC ["ASM"], by and through their counsel of record pursuant to the Court's Civil Minutes issued February 2, 2006, hereby stipulate and agree to the following Pre-Trial schedule:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | August 14, 2006 |
| Disclosure of Experts: | August 14, 2006 |
| Expert Discovery Cutoff: | August 25, 2006 |

Dated: June 6, 2006

BANNING, MICKLOW & BULL
Attorneys for Plaintiff JEROME DUFFY

By: /S/
Edward M. Bull, III

///

///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

Dated: June 6, 2006

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendant, AMERICAN SHIP MANAGEMENT, LLC

By /S/
Terence S. Cox

**PURSUANT TO STIPULATION IT IS ORDERED THAT** the Court adopts the following Pre Trial schedule:

Non-Expert Discovery Cutoff: August 14, 2006

Disclosure of Experts: August 14, 2006

Expert Discovery Cutoff: August 28, 2006

Dated: June 9, 2006

By:

The [obscured] on

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

ASM.Duffy