UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME DUFFY,
        Plaintiff(s),

v.

AMERICAN SHIP MANAGEMENT LLC,
        Defendant(s).
_____/

No. C 04-2302 PJH

**ORDER OF DISMISSAL**

Plaintiff's counsel having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

The pretrial and trial dates are **vacated**.

SO ORDERED.

Dated: November 20, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1