| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | AMERICAN SHIP MANAGEMENT, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEROME A. DUFFY, | ) | Case No.:  C04-2302-PJH-ARB |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **AND ORDER** |
| v. | ) | |
| | ) | |
| AMERICAN SHIP MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, the parties to this action have agreed to a settlement of all claims;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that this action be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear their own costs and attorneys fees.  Endorsement of this agreement may be by counterpart signatures.

Dated: December 19, 2006           BANNING, MICKLOW & BULL, LLP
                                   Attorneys for Plaintiff, JEROME DUFFY

                                   By:  _____/S/_____
                                                Edward M. Bull, III

Dated:  December 19, 2006          COX, WOOTTON, GRIFFIN,
                                   HANSEN & POULOS, LLP
                                   Attorneys for Defendant
                                   AMERICAN SHIP MANAGEMENT, LLC

12/21/06                           By  _____/S/_____
                                                Terence S. Cox

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-1-                                Case No C04-2302-PJH ARB

STIPULATION OF DISMISSAL